UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**LINDA HAUBER**   **PLAINTIFF**

**VS**   **CIVIL ACTION NO. 3:10CV-292-H**

**JAMES E. VONSICK, et al.**   **DEFENDANT(S)**

### ORDER

     The Mediator having notified the Court of a settlement in this matter on February 15, 2011, DN#17 ;

     **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within thirty (30) days if the settlement is not consummated. Counsel may tender a supplemental order of dismissal if they so desire. **The pretrial conference scheduled for August 19, 2011 and the jury trial scheduled for September 7, 2011 are remanded from the docket.**

Date: February 17, 2011

Copies:
All counsel
Jury Clerk