UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| LINda HAUBER )<br>)<br>    Plaintiff )<br>)<br>vs. )<br>)<br>JAMES E. VONSICK )<br>)<br>    Defendant )<br>) | CASE NO.<br>3:10-CV-292-H |

### AGREED ORDER DISMISSING SETTLED

  Now come all parties, and pursuant to Rule 41, stipulate that all claims in the case be dismissed WITH PREJUDICE. There are no remaining claims. Each party shall bear its own costs and attorney fees.

_____
JOHN G. HEYBURN II, CHIEF JUDGE
UNITED STATES DISTRICT COURT

     DATE: _____

AGREED TO BY:

/s/Ellen G. Friedman
Ellen G. Friedman (KY Bar. # 23615)
125 S. 6th St.
Louisville, Ky. 40402
(502) 587-2000
(502) 587-1126 (fax)
efried@iglou.com

Counsel for Plaintiff

HAVE SEEN AND AGREED.
Signed with permission.

/s/ Mark S. Fenzel
Mark S. Fenzel
Rebecca Grady Jennings
Middleton Reutlinger
2500 Brown & Williamson Tower
Louisville, Kentucky 40202
(502) 584-1135
(502) 561-0442 (fax)
mfenzel@middreut.com
rjennings@middreut.com

Counsel for Defendant James E. Vonsick


/s/Boyd W. Gentry
Boyd W. Gentry (KY#88625)
SURDYK, DOWD & TURNER CO., L.P.A.
One Prestige Place, Suite 700
Miamisburg, Ohio 45342
Tel. 937.222.2333
Fax 937.222.1970
bgentry@sdtlawyers.com

Counsel for Defendant Clearinghouse